UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JESSICA PYSZKA-PIGG,

    Plaintiffs,

v.

SISTERS OF ST. FRANCIS OF THE
MARTYRE ST. GEORGE, PROVINCE
ST. ELIZABETH and SAINT ANTHONY'S
HEALTH CENTER,

    Defendants.                                  No. 12-cv-1162-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal (Doc. 36).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 37) entered by this Court on February 26, 2014, this case is **DISMISSED** with prejudice.

                                               NANCY J. ROSENSTENGEL,
                                               CLERK OF COURT

                                               BY:     /s/*Sara Jennings*
                                                              **Deputy Clerk**

Dated:    March 3, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.03
13:08:09 -06'00'

**APPROVED:**
           **CHIEF JUDGE**
           **U. S. DISTRICT COURT**